SERBIAN ORTHODOX CHURCH CONGREGATION
OF ST. DEMETRIUS OF AKRON *v.*
KELEMEN ET AL.

No. 91. Decided February 24, 1969.

*Bernard R. Roetzel* and *Bernard J. Roetzel* for petitioner.

*Frederick H. Gillen* and *Don R. Miller* for respondents.

PER CURIAM.

The petition for a writ of certiorari is granted, judgment is vacated, and the case is remanded to the Supreme Court of Ohio for further consideration in light of *Presbyterian Church in the United States* v. *Mary Elizabeth Blue Hull Memorial Presbyterian Church, ante,* p. 440.

CORDREY *v.* CORDREY.

No. 859. Decided February 24, 1969.

*Robert Scott Kaufman* for appellant.

*William H. Allen* and *John E. Vanderstar* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.